The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENH LLC,<br><br>                    Petitioner,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON.COM, INC., a Delaware corporation,<br><br>                    Respondents. | No. 2:24-cv-02082-KKE<br><br>STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO VACATE ARBITRATION AWARD AND CROSS-MOTION TO CONFIRM ARBITRATION AWARD<br><br>NOTE ON MOTION CALENDAR: January 16, 2025 |

**STIPULATED MOTION**

      Petitioner ENH LLC ("Petitioner") and Respondents Amazon.com Services LLC and Amazon.com, Inc. ("Respondents") jointly move the Court to enter the below stipulated order setting forth a briefing schedule for Petitioner's motion to confirm the arbitration award at issue and Respondents' cross-motion to confirm that same arbitration award. In support of this Stipulated Motion, the parties state the following:

      1.      Petitioner filed its Petition to Vacate Arbitration Award on December 17, 2024, commencing this action under Section 10 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et. seq.*, to vacate a final award entered in an arbitration proceeding between the parties  Dkt. 1.

STIPULATION AND ORDER
SETTING BRIEFING SCHEDULE  (2:24-cv-02082-KKE) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

2.	Pursuant to the FAA, Petitioner intends to file a motion to vacate that arbitration award, and Respondents intend to file a cross-motion to confirm that same award.

3.	To facilitate the parties' orderly submission of related papers to the Court, their respective counsel have met and conferred, and jointly request and propose the following briefing schedule for their respective motions:

| Event | Due Date |
| --- | --- |
| Petitioner's motion to vacate arbitration award | January 30, 2025 |
| Respondents' opposition to Petitioner's motion and Respondents' cross-motion to confirm arbitration award | March 6, 2025 |
| Petitioner's opposition to Respondents' cross-motion and reply in support of Petitioner's motion | March 20, 2025 |
| Respondents' reply in support of cross-motion | April 3, 2025 |
| **Noting Date for motion and cross-motion** | **April 3, 2025** |

Should the above-proposed dates be inconvenient for the Court, the parties respectfully request the entry of a briefing schedule set at the same intervals that suits the Court's schedule and convenience.

STIPULATION AND ORDER
SETTING BRIEFING SCHEDULE  (2:24-cv-02082-KKE) - 2

1 | STIPULATED this 16th day of January, 2025.

| | |
|---|---|
| AMZ SELLERS ATTORNEY<br>*Attorney for Petitioner ENH LLC.*<br><br>By *s/ Michael Brandt*<br>　Michael S. Brandt, WSBA #29200<br>　9350 Wilshire Blvd, Suite 203<br>　Beverly Hills, CA 90212<br>　Telephone: (310) 867-6072<br>　Email:  michael@amazonsellers.attorney<br>　　　　　brandtmichaelsteven@gmail.com | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Respondents Amazon.com*<br>*Services LLC and Amazon.com, Inc.*<br><br>By　*s/ John Goldmark*<br>　John Goldmark, WSBA #40980<br>　Theo A. Lesczynski, WSBA # 59780<br>　Ian Harris, WSBA # 59391<br>　920 Fifth Avenue, Suite 3300<br>　Seattle, WA  98104-1610<br>　Telephone: 206-622-3150<br>　Email:  johngoldmark@dwt.com<br>　　　　　theolesczynski@dwt.com<br>　　　　　ianharris@dwt.com |

STIPULATION AND ORDER
SETTING BRIEFING SCHEDULE  (2:24-cv-02082-KKE) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

**ORDER**

The parties jointly moved the Court for a briefing schedule for Petitioner's motion to vacate the arbitration award and Respondents' cross-motion to confirm the arbitration award. The briefing deadlines are hereby set for the following dates:

| Event | Due Date |
| --- | --- |
| Petitioner's motion to vacate arbitration award | January 30, 2025 |
| Respondents' opposition to Petitioner's motion and Respondents' cross-motion to confirm arbitration award | March 6, 2025 |
| Petitioner's opposition to Respondents' cross-motion and reply in support of Petitioner's motion | March 20, 2025 |
| Respondents' reply in support of cross-motion | April 3, 2025 |
| **Noting Date for motion and cross-motion** | **April 3, 2025** |

IT IS SO ORDERED.

Dated this 21st day of January, 2025.

Kymberly K. Evanson
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER
SETTING BRIEFING SCHEDULE  (2:24-cv-02082-KKE) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150